# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>          **Plaintiff,**<br><br>**vs.**<br><br>**GREENWAY HEALTH, LLC**<br><br>          **Defendant.** | **Case No.  2:19-CV-20-CR** |

## PLAINTIFF UNITED STATES' NOTICE OF DISMISSAL

The United States hereby seeks dismissal of this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and in accordance with the terms of its settlement agreement with Defendant Greenway Health, LLC (Greenway).  In accordance with the settlement agreement (Exhibit A), Plaintiff seeks dismissal of this action as to Greenway:   1) with prejudice to the United States as to Covered Conduct, as defined in the settlement agreement; and 2) without prejudice to the United States as to all other claims.  The United States respectfully requests that the Court enter an Order in the form of the attached proposed Order.

Dated:  February 7, 2019                                      Respectfully submitted,

                                                              UNITED STATES OF AMERICA

JOSEPH H. HUNT                                                CHRISTINA E. NOLAN
Assistant Attorney General                                    United States Attorney

                                                    By:       /s/ Owen Foster
MICHAEL D. GRANSTON                                           NIKOLAS P. KEREST
EDWARD C. CROOKE                                              OWEN C.J. FOSTER
KELLEY HAUSER                                                 Assistant U.S. Attorneys
Attorneys, Civil Division                                     P.O. Box 570
United States Department of Justice                           Burlington, VT 05402-0570
Post Office Box 261, Ben Franklin Station                     (802) 951-6725
Washington, D.C. 20044                                        nikolas.kerest@usdoj.gov
(202) 514-6831                                                owen.c.j.foster@usdoj.gov
edward.crooke@usdoj.gov
kelley.hauser@usdoj.gov

                                                              Attorneys for the United States


 I, Meghan Finkbeiner, Legal Assistant for the United States Attorney's Office for the District of Vermont, do hereby certify that **Plaintiff United States' Notice of Dismissal** filed through the ECF system will be sent via email and first class mail to:

Adam P. Schwartz, Esq.
Joseph W. Swanson, Esq.
Carlton Fields
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607-5780
*Counsel for Greenway Health, LLC*

        Dated at Burlington, in the District of Vermont this 7th day of February, 2019.

                                                              /s/ *Meghan Finkbeiner*
                                                              Meghan Finkbeiner
                                                              Legal Assistant
                                                              United States Attorney's Office
                                                              PO Box 570
                                                              Burlington, VT 05402-0570
                                                              802-951-6725
                                                              Meghan.Finkbeiner@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　**Plaintiff,**<br><br>vs.<br><br>**GREENWAY HEALTH, LLC**<br><br>　　　　　　**Defendant.** | Case No. **2:19-CV-20-CR**<br>_____<br><br>**[PROPOSED] ORDER ON**<br>**PLAINTIFFS' NOTICE OF DISMISSAL** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the terms of the Settlement Agreement executed by the parties, the United States of America has filed a Notice of Dismissal. It is hereby ORDERED that this action shall be dismissed. The dismissal is 1) with prejudice to the United States as to the Covered Conduct as defined in the settlement agreement; and 2) without prejudice to the United States as to all other claims.

_____
Christina Reiss
United States District Judge