U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 FEB -8 AM 8: 45

CLERK

BY ⟨Aw⟩
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA

    Plaintiff,

vs.

GREENWAY HEALTH, LLC

    Defendant.

Case No. **2:19-CV-20-CR**

ORDER ON
PLAINTIFFS' NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the terms of the Settlement Agreement executed by the parties, the United States of America has filed a Notice of Dismissal. It is hereby ORDERED that this action shall be dismissed. The dismissal is 1) with prejudice to the United States as to the Covered Conduct as defined in the settlement agreement; and 2) without prejudice to the United States as to all other claims.

2/7/19

Christina Reiss
United States District Judge